UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS HONABLE, | No. 2:13-cv-1203 JAM KJN P |
| Petitioner, | |
| v. | ORDER |
| M.D. McDONALD, | |
| Respondent. | |

By order filed June 24, 2013, petitioner was directed to file an affidavit in support of his request to proceed in forma pauperis or to pay the appropriate filing fee. The order was re-served on July 9, 2013. On July 17, 2013, petitioner filed a notice that he would pay the filing fee, and appended a copy of his inmate trust account statement reflecting that on June 27, 2013, $5.00 was deducted from petitioner's account for "legal mail." (ECF No. 5 at 2.) On July 19, 2013, petitioner filed a letter claiming that the court should have received the filing fee. (ECF No. 6.)

However, to date, this court has not received a $5.00 payment from petitioner. The trust account statement does not indicate to whom the $5.00 was sent, and no case number is reflected on the withdrawal entry. (ECF No. 5 at 2.)

Accordingly, petitioner is granted an extension of time in which to respond to the June 24, 2013 order. Petitioner is cautioned that failure to comply with this court's June 24, 2013 order will result in a recommendation that this action be dismissed.

1     Good cause appearing, IT IS HEREBY ORDERED that petitioner shall comply with this
2  court's June 24, 2013 order within twenty-one days from the date of this order.  Failure to comply
3  with this order will result in a recommendation that this action be dismissed.
4  Dated:  August 8, 2013

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

8  hona1203.111